**United States District Court**
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7
8    In re.                                              No. C 11-2751 SI (pr)
9    RICKARD ANDERSON,                                   **JUDGMENT**
10              Plaintiff.
11   _____/
12
     This action is dismissed because it is frivolous.
13
14
15   IT IS SO ORDERED AND ADJUDGED.
16
                                                         _____
17   Dated: September 1, 2011                            SUSAN ILLSTON
                                                         United States District Judge
18
19
20
21
22
23
24
25
26
27
28